IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 12

| | |
|---|---|
| DIANE LEDFORD GREENE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* of Howard D. Olinsky. It appearing that Howard D. Olinsky is a member in good standing with the New York State Bar and will be appearing with Russell R. Bowling, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Russell R. Bowling's Application for Admission to Practice *Pro Hac Vice* (#14) of Howard D. Olinsky is **GRANTED**, and that Howard D. Olinsky is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Russell R. Bowling.

Signed: November 15, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge